FILED
ENTERED                                    RECEIVED
                                           SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 2 1 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                        DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:12-CR-310-GMN-(GWF) |
| FEKADE G. AFEWORK, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

On September 13, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Section 853(a)(1) and (a)(2) based upon the plea of guilty by defendant FEKADE G. AFEWORK to a criminal offense, forfeiting specific property alleged in the Criminal Information and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant FEKADE G. AFEWORK pled guilty. Criminal Information, ECF No. 3; Plea Memorandum, ECF No. 5; Minutes of Change of Plea Proceedings, ECF No. 8; Preliminary Order of Forfeiture, ECF No. 6.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 19, 2012, through October 18, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 12.

. . .

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the

2   time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time

4   for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8   32.2(c)(2); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (n)(7) and shall be disposed

9   of according to law:

10   (a)   $4,600.00 in United States Currency ("property").

11   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

12   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

13   any income derived as a result of the United States of America's management of any property forfeited

14   herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

15   The Clerk is hereby directed to send copies of this Order to all counsel of record and three

16   certified copies to the United States Attorney's Office.

17   DATED this ____21____ day of ____Dec____, 2012.

18

19   _____
     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

2